**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **LUIS HERACLIO GARCIA SANCHEZ,**<br><br>        **Petitioner,**<br><br>        **v.**<br><br>**J.L. JAMISON,** *et al.*,<br><br>        **Respondents.** | **CIVIL ACTION NO.  26-2676** |

## **ORDER**

**AND NOW,** this 24th day of April 2026, upon consideration of Luis Heraclio Garcia

Sanchez's Petition for Writ of Habeas Corpus [Doc. No. 1] and the government's opposition

[Doc. No. 4], and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the Petition [Doc. No. 1] is **GRANTED** as follows:

1.  It is hereby **DECLARED** that Garcia Sanchez's continued detention is in

    violation of the Immigration and Nationality Act. Garcia Sanchez is not subject to

    mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to

    detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a).

2.  The Writ of Habeas Corpus shall issue, and the government shall **RELEASE**

    Garcia Sanchez from custody immediately, without new or additional conditions,

    and certify compliance with the Memorandum Opinion and Order by filing an

    entry on the docket no later than **4:00 p.m. ET** on **April 24, 2026**.

3.  The government is temporarily enjoined from re-detaining Garcia Sanchez for

    seven days following his release from custody.

4.    The government shall, immediately upon Garcia Sanchez's release, return all personal belongings confiscated upon or during his detention, including his identification and personal documents.

5.    The Court defers any award of costs or reasonable attorney fees at this time.

6.    If the government chooses to pursue renewed detention of Garcia Sanchez after the seven-day period mentioned in Paragraph 3, it must first provide him with notice and an opportunity to be heard at a bond hearing, at which a neutral immigration judge will determine whether Garcia Sanchez poses a flight risk or a danger to the community. Should renewed detention occur, the government shall not remove, transfer, or otherwise facilitate the removal of Garcia Sanchez from the Eastern District of Pennsylvania before the ordered bond hearing. If the immigration judge determines that Garcia Sanchez is subject to detention under 8 U.S.C. § 1226(a), the government may request permission from the Court to move Garcia Sanchez if unforeseen or emergency circumstances arise that require him to be removed. Any such request must include an explanation for the request as well as a proposed destination. In that eventuality, the Court will then determine whether to grant the request and permit transfer of Garcia Sanchez.

BY THE COURT:

/s/ Cynthia M. Rufe

_____

CYNTHIA M. RUFE, J.

2