**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| |
|---|
| **LUIS HERACLIO GARCIA SANCHEZ,** |
|       **Petitioner,** |
|       **v.** |
| **J.L. JAMISON**, *et al*., |
|       **Respondents.** |

**CIVIL ACTION NO.  26-2676**

## ORDER

**AND NOW**, this 11th day of June 2026, upon consideration that the Court rendered a final judgment in this case through its Memorandum Opinion and Order [Doc. Nos. 7, 8], and because the government has filed a Certification of Compliance [Doc. No. 9], it is hereby **ORDERED** that the Clerk of Court shall **CLOSE** this case.

It is so **ORDERED**.

      **BY THE COURT:**

      /s/ Cynthia M. Rufe

      **CYNTHIA M. RUFE, J.**